UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:

   DANIEL HENKE, dba
   Henke Cycle Repair

                                                   Debtor

Case No. 17-35238 (CGM)
Chapter 7

_____

DOMINICK CANNAVO,

                            Plaintiff,

-against-

DANIEL HENKE,

                            Defendant.
_____

Adver. Proc. No. 17-09019-cgm

## ORDER FOR DEFAULT JUDGMENT

Upon the annexed application of DOMINICK CANNAVO, by his attorneys, Freeman Howard, P.C., dated August 9, 2017, and no opposition having been interposed thereto, and no adverse interests being represented, and sufficient cause appearing therefor,

IT IS HEREBY

**ORDERED, ADJUDGED AND DECREED THAT**:

1)     The motion of Dominick Cannavo is hereby granted in all respects.

2)     The debt owed by the Debtor, Daniel Henke, to the Plaintiff, Dominick Cannavo, in the original judgment amount of $293,230.64, together with interest, is hereby found to be nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2), (a)(4) and (a)(6).



**Dated: September 14, 2017**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**